WILLIAM I. TURNER, Respondent, *v.* HORACE CRAIGHEAD, Appellant.

*Turner* v. *Craighead,* 83 Hun, 112, affirmed.
(Argued January 13, 1898; decided February 1, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered December 19, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William A. Boyd* for appellant.

*Frederick W. Sherman* for respondent.

Judgment affirmed, with costs on opinion below.
All concur, except HAIGHT, J., absent.

---

PETER McDUGAN, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*McDugan* v. *N. Y. C. & H. R. R. R. Co.,* 11 Misc. Rep. 728, affirmed.
(Argued January 14, 1898; decided February 1, 1898.)

APPEAL from a judgment of the General Term of the late Court of Common Pleas for the city and county of New York, entered January 12, 1895, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Gilbert D. Lamb* for appellant.

*Hamilton Harris* and *Daniel W. Tears* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.